UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERMAINE A. BULLARD,

    Plaintiff,

v.                    CASE NO. 3:20cv5495/MCR/EMT

TRAVIS E. DYKES,

    Defendant.
_____/

# **O R D E R**

The chief magistrate judge issued a Report and Recommendation on March 11, 2021. ECF No. 26. The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 26), is adopted and incorporated by reference in this Order.

2.	Plaintiff's claims are **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§1915€(2)(B)(ii), 1915A(b)(1).

3.	All pending motions are **DENIED** as moot.

4	The Clerk of Court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 29th day of March 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**